UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISC. NO.: 2:15-MC-00009-WBS-CKD |
| Plaintiff, | **ORDER** |
| v. | CRIMINAL CASE NO.: 2:02-CR-00325-WBS |
| SHEILA JOLEEN GEORGE, | |
| Defendant and Judgment Debtor. | |
| NETRELEVANCE LLC, | |
| Garnishee. | |

**ORDER**

The Court, having reviewed the court files and the United States' application for an order terminating wage garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The writ of garnishment issued under this miscellaneous case number against Sheila Joleen George is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B).

**IT IS SO ORDERED.**

Dated: September 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] ORDER